

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2017, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated September 27, 2017, it is ordered that these causes be transferred to the Fourteenth Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Fourteenth Court of Appeals.

| | |
|---|---|
| 09-17-335-CR | Phillip Anthony Zagone v. The State of Texas |
| 09-17-337-CV | James K. Collins et al v. D.R. Horton-Texas LTD |
| 09-17-340-CV | Jonathan Paul Rivenbark v. Shannon Rivenbark |
| 09-17-342-CV | F. Don Lacy and Homes and More v. Luis A. Castillo |
| 09-17-345-CV | James Andrew Brenek, et al v. Frank Jaap |
| 09-17-350-CV | Kevin P. Kaley v. Terri E. Kaley |
| 09-17-351-CV | Sherry Macha et al v. Touchstone Neurorecovery Center et al |
| 09-17-352-CR | Joseph Arthur Alridge v. State of Texas |
| 09-17-354-CV | In Re Commitment of John Arthur Graves |
| 09-17-355-CR | Jeffrey Michael McDonough v. The State of Texas |
| 09-17-356-CR | Jeffrey Michael McDonough v. The State of Texas |
| 09-17-357-CR | Leslie Jones Burks v. The State of Texas |
| 09-17-358-CR | Leslie Jones Burks v. The State of Texas |
| 09-17-359-CR | Cedric Ramon McGills Jr. v. The State of Texas |
| 09-17-361-CV | Alex Melvin Wade Jr.  v. Dominion at Woodlands |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Fourteenth District of Texas at Houston as appears of record in Minute Book Volume 22."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 2nd of October 2017.

_____
Carol Anne Harley
Clerk of the Court